IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ROBBIE L. COOPER**                                                           **PLAINTIFF**

**v.**                                              **CIVIL ACTION No.: 3:20-CV-660-HTW-LGI**

**KILOLO KIJAKAZI,**
**COMMISIONER OF SOCIAL SECURITY**                                 **DEFENDANT**

**ORDER**

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 29]**. In her Report and Recommendation, filed on January 6, 2023, Magistrate Judge Isaac recommended that the Social Security Commissioner Kilolo Kijakazi's Motion to Dismiss in Part [Docket no. 10] be granted. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days.

On January 18, 2023, Plaintiff Robbie Cooper ("Plaintiff") filed her Objection to the Magistrate Judge's Report and Recommendation [Docket no. 30]. Plaintiff asked this court to reject the Magistrate Judge's recommendation and remand her case to the Administrative Law Judge for a *de novo* hearing and a new decision concerning her application for Supplemental Security Income.

This court, however, finds the Magistrate Judge's Report and Recommendation **[Docket no. 29]**, to be well-taken. Magistrate Judge Isaac carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. This

1

court, therefore, hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge as the order of this court.

**IT IS THEREFORE ORDERED THAT** the Motion to Confirm the Commissioner's Decision [Docket no. 10] hereby is **GRANTED**. Accordingly, the Administrative Law Judge's final decision denying Plaintiff's application for Supplemental Security Income is affirmed.

This order, commensurately, hereby **DISMISSES** Plaintiff's Complaint [Docket no. 1] **WITH PREJUDICE** with each party to bear its own costs.

**SO ORDERED this the 28th day of February, 2023.**

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**